## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 578**

| In the Matter of | Case Number: |
|---|---|

FH Partners Investments, LLC, a Texas limited liability company v. Quality Foods I, LLC, an Illinois limited liability company and Quality Foods II, LLC, an Illinois limited liability company, Benjamin Laster and Charlie Watts,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FH Partners Investments, LLC

**JUDGE CASTILLO**
**MAGISTRATE JUDGE KEYS**

| NAME (Type or print) |
|---|
| Sara E. Cook c/o McKenna Storer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Sara E. Cook c/o McKenna Storer |
| FIRM |
| McKenna Storer |
| STREET ADDRESS |
| 666 Russel Court, Suite 303 |
| CITY/STATE/ZIP |
| Woodstock, IL 60098 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03126995 | 815-334-9692 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT