# United States District Court for the Northern District of Illinois

Case Number: 08cv578          Assigned/Issued By: j. n.

Judge Name:                    Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☒ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____             Receipt #: _____

Date Payment Rec'd: _____             Fiscal Clerk: _____

---

## ISSUANCES

☒ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__3__ Original and __3__ copies on __1-28-08__ as to __BENJAMIN LASTER__
                                    (Date)
( 2 DIFFERENT ADDRESSES); CHARLIE WATTS _____

---