UNITES STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

FH Partners Investments, LLC, a Texas )
limited liability company, )
)
        Plaintiff, )   Case No.   08 C 578
v. )
)   Judge Castillo
Quality Foods I, LLC, an Illinois limited )   Magistrate Judge Keys
liability company, Quality Foods II, LLC, an )
Illinois limited liability company, Benjamin )
Laster, and Charlie Watts, )
)
        Defendants. )

## JOINT STATUS REPORT

    FH Partners Investments, LLC, a Texas limited liability company, Plaintiff, by and through its attorneys, McKenna Storer, presents this status report as ordered by the Court on February 15, 2008:

    1.    Defendant Charlie Watts was served on February 16, 2008. See Affidavit of Special Process Server attached as Exhibit A. No answer or appearance has been filed by or on behalf of Watts. At the status hearing on March 25, 2008 Plaintiff will request entry of an order of default against Watts.

    2.    Plaintiff has failed in several attempts to serve Benjamin Laster individually and as Managing Member of Quality Foods I, LLC and Quality Foods II, LLC. Laster resides in Washington D.C. Service attempts are continuing.

    3.    Plaintiff has entered into settlement negotiations with Watts and his attorney which may resolve this matter. Plaintiff expects to have a final result of settlement negotiations within 3 weeks or before April 10, 2008.

                                                 Respectfully submitted,

                                                 /s/ Sara E. Cook
                                                 Attorney for Plaintiff, FH Partners Investments, LLC

Sara E. Cook
ARDC 03126995
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com