## UNITES STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FH Partners Investments, LLC, a Texas limited liability company, ) ) ) | |
| Plaintiff, ) | Case No.   08 C 578 |
| v. ) ) | Judge Castillo |
| Quality Foods I, LLC, an Illinois limited liability company, Quality Foods II, LLC, an Illinois limited liability company, Benjamin Laster, and Charlie Watts, ) ) ) ) ) | Magistrate Judge Keys |
| Defendants. ) | |

### NOTICE OF FILING

TO:   See attached Service List.

PLEASE TAKE NOTICE that there was filed on March 20, 2008 with the United States District Court, Northern District of Illinois, Eastern Division, certain Status Report, a copy of which is attached hereto and served upon you.

/s/ Sara E. Cook

### CERTIFICATE OF SERVICE

The undersigned states that he/she served the foregoing Motion and the above-listed document(s) referred to therein by e-mail notification to the official service list and by mailing a copy to the parties at the address(es) indicated on the attached Service List and depositing same in the U.S. Mail at 666 Russel Court, Suite 303, Woodstock, IL 60098, at 5:00 p.m. on March 20, 2008 with proper postage prepaid.

/s/ Sara E. Cook

Sara E. Cook
ARDC 03126995
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com

## SERVICE LIST

Benjamin Laster
4155 Park Glen Ct. NW
Washington, DC 20007-2137

Benjamin Laster, Managing Member
Quality Foods II, LLC
5441 S. Wentworth Ave.
Chicago, IL 60609

Benjamin Laster, Managing Member
Quality Foods I, LLC
2562 Western Ave.
Park Forest, IL 60466

Charlie Watts
2712 W. 165th Street
Markham, IL 60426-4702

and

Popeye's Chicken & Biscuits
15345 Wood St.
Harvey, IL 60426-3041