UNITES STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FH Partners Investments, LLC, a Texas limited liability company,<br><br>           Plaintiff,<br>v.<br><br>Quality Foods I, LLC, an Illinois limited liability company, Quality Foods II, LLC, an Illinois limited liability company, Benjamin Laster, and Charlie Watts,<br><br>           Defendants. | Case No.   08 C 578<br><br>Judge Castillo<br>Magistrate Judge Keys |

## MOTION FOR AN ORDER OF DEFAULT

FH Partners Investments, LLC, by and through its attorneys, James Fine of McKenna Storer, hereby requests this Court to enter an order of default for Charlie Watts and in support of this motion states as follows:

1. Service was effected on Defendant Watts on February 16, 2008.
2. As of the date of this motion, being subsequent to the default date, Defendant Watts has failed to answer, appear, or otherwise plead.

WHEREFORE, Plaintiff requests an order of default for Charlie Watts.

           Respectfully submitted,
           FH Partners Investments, LLC

           _____
           By: /s/ James Fine, one of its attorneys

Sara E. Cook
ARDC 03126995
James Fine
ARDC 03128684
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com

1