### UNITES STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FH Partners Investments, LLC, a Texas ) limited liability company, ) )           Plaintiff, ) v. ) ) Quality Foods I, LLC, an Illinois limited ) liability company, Quality Foods II, LLC, an ) Illinois limited liability company, Benjamin ) Laster, and Charlie Watts, ) )           Defendants. ) | Case No.   08 C 578<br><br>Judge Castillo<br>Magistrate Judge Keys |

### ORDER OF DEFAULT

This matter coming on to be heard and the Court being fully advised in the premises it is hereby ordered:

1. That an order of default be issued with respect to Defendant Charlie Watts for failure to answer or otherwise plead by the default date.

ENTER:

Sara E. Cook
ARDC 03126995
James Fine
ARDC 03128684
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9692
Fax: 815-334-9697
Email: scook@mckenna-law.com