# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 578 | **DATE** | 3/25/2008 |
| **CASE TITLE** | FH Partners Investments, LLC vs. Quality Foods I, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 3/25/2008 and continued to 4/17/2008 at 9:00 a.m. Plaintiff's counsel appeared. Plaintiff's motion for an order of default against defendant Charlie Watts [9] is granted. The Court hereby enters a default against defendant Charlie Watts for failure to timely appear, answer or otherwise plead to the complaint.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|