## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 578 | **DATE** | 4/14/2008 |
| **CASE TITLE** | FH Partners Investments LLC vs. Quality Foods I, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Enter Order Dismissing Case. This case is hereby dismissed with prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|