CH

UNITES STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

FH Partners Investments, LLC, a Texas )
limited liability company,              )
                                        )
                    Plaintiff,          )   Case No.    08 C 578
       v.                               )
                                        )   Judge Castillo
Quality Foods I, LLC, an Illinois limited )  Magistrate Judge Keys
liability company, Quality Foods II, LLC, an )
Illinois limited liability company, Benjamin )
Laster, and Charlie Watts,              )
                                        )
                    Defendants.         )

## ORDER DISMISSING CASE

This matter coming on to be heard for status and settlement, and the parties having entered into a written Settlement Agreement signed by all parties on April 1, 2008, and Plaintiff's Motion for Dismissal being before this Court and the and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1.    That this case is hereby dismissed with prejudice

Dated: _April 14_____, 2008.         _____
                                        United States District Judge

James Fine
ARDC 3128684
McKenna Storer
666 Russel Court, Suite 303
Woodstock, IL 60098
Phone: 815-334-9693
Fax: 815-334-9697
Email: jfine@mckenna-law.com